# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-CR-061-MMD-(WGC) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| JOSE RUBEN CONTRERAS, JR., | ) | |
| Defendant. | ) | |

    The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253 based upon the plea of guilty by defendant JOSE RUBEN CONTRERAS, JR., to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Second Superseding Information and shown by the United States to have the requisite nexus to the offense to which defendant JOSE RUBEN CONTRERAS, JR., pled guilty. Second Superseding Information, ECF No. 32; Plea Agreement, ECF No. 33; Arraignment and Plea, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 37.

    This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 3, 2016, through March 3, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 38.

    This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Gateway Desktop Computer, SN XC27621004617, containing one (1) Western Digital Hard Drive, SN WXJOA99D4645;
2. Hewlett Packard "All in One" Desktop Computer, SN 4CS205038K, containing one (1) Hitachi 500 GB Hard Drive, SN JP1572FN0USB7K; and
3. Hewlett Packard Laptop Computer, SN 2CE9082D37, containing one (1) 160 GB Seagate Momentus Hard Drive, SN 5SV41XA4.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 19th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

2